IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| AZURE NETWORKS LLC<br><br>            Plaintiff,<br><br>    v.<br><br>ACER AMERICA CORPORATION, *ET AL*.,<br><br>        Defendants. | CONSOLIDATED WITH 6:15CV20<br><br>CIVIL ACTION NO. 6:15-CV-00018<br><br>LEAD CASE |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Azure Networks, LLC ("Plaintiff") and Defendant and Counterclaim-Plaintiff Amazon.com, Inc. ("Amazon") announced to the Court that they have resolved Plaintiff's claims for relief against Amazon asserted in this case and Amazon's claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case.  Plaintiff and Amazon have therefore requested that the Court dismiss Plaintiff's claims for relief against Amazon with prejudice and Amazon's claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same.  The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Amazon are dismissed with prejudice and Amazon's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice.  IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SIGNED this 2nd day of September, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE